UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **Stephanie Brown, individually and on behalf of others similarly situated,** | Case No.: 8:22-cv-02408-VMC-JSS |
| Plaintiff, | **CLASS ACTION** |
| v. | **MOTION FOR ENTRY OF DEFAULT** |
| **Care Front Funding d/b/a Capfront** | **JUDGE: HON. VIRGINIA M. HERNANDEZ COVINGTON** |
| Defendant. | **MAGISTRATE JUDGE: HON. JULIE SNEED** |

Plaintiff Stephanie Brown ("Plaintiff") hereby requests that the Clerk of the above-entitled Court enter a default in this matter against Defendant Care Front Funding d/b/a Capfront ("Defendant") on the ground that Defendant has failed to respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.

On October 28, 2022, Plaintiff served Defendant with a copy of the complaint and summons in this action via its statutory agent. *See* ECF #7. On

1

November 16, 2022, Plaintiff's counsel filed a proof of service. *Id*.

Plaintiff's counsel subsequently sent a letter via certified receipt dated December 5, 2022 to Defendant's statutory agent requesting that Defendant Answer the complaint. Plaintiff has yet to receive a response from Defendant and Defendant has not filed anything with the Court. Though service was properly effectuated, on December 13, 2022 Plaintiff sent the Complaint out for service to another address from Defendant's website.

On December 16, 2022, the Court issued an order directing Plaintiff to apply to the Clerk for an entry of default. *See* ECF # 10. Defendant's time period to file a response has long lapsed, therefore entry of default is appropriate. Thus, Plaintiff moves the clerk to enter default on Defendant in this action.

Dated: December 20, 2022           Respectfully submitted,

                                   BY: /S/ RYAN L. MCBRIDE_____
                                   RYAN L. MCBRIDE, ESQ.
                                   TRIAL COUNSEL FOR PLAINTIFF

                                   Ryan L. McBride (1010101)
                                   **Kazerouni Law Group, APC**
                                   301 E. Bethany Home Road
                                   Suite C-195
                                   Phoenix, AZ 85012
                                   Telephone: (800) 400-6808
                                   Facsimile: (800) 520-5523
                                   ryan@kazlg.com

## CERTIFICATE OF SERVICE

I, Ryan L. McBride, hereby certify that on December 20, 2022, I served a true and correct copy of the foregoing Motion for Entry of Default upon the following parties via U.S. Mail:

Care Front Funding d/b/a Capfront
c/o The Corporation – Registered Agent for Service of Process
210 Old Country Road, Suite 101
Mineola, NY 11501
*Defendant*

                                                BY: /S/ RYAN L. MCBRIDE
                                                RYAN L. MCBRIDE, ESQ.